UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-22038-CIV-GOLD/WHITE

ROLANDO NUNEZ,

    Plaintiff,

v.

JAMES R. MCDONOUGH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; *Closing Case*

THIS CAUSE is before the Court upon the Magistrate Judge White's Report and Recommendations on Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [DE 1], issued on February 7, 2008 (hereinafter, the "Report"). In the Report, Magistrate Judge White recommends that *pro se* Plaintiff's Petition be denied. The parties have not filed any objections to the Report and the time for doing so has expired. Upon an independent review of Plaintiff's § 2254 Petition, the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby ORDERED AND ADJUDGED:

1. The Report [DE 9] is AFFIRMED AND ADOPTED.

2. For the reasons stated in U.S. Magistrate Judge White's Report, Plaintiff's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [DE 1] is DENIED.

3. All other pending motions are DENIED AS MOOT.

4. The Clerk of Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this **31** day of March, 2008.

THE HONORABLE ALAN S. GOLD
U.S. DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All Counsel of Record

From Chambers via U.S. Mail:
Rolando Nunez *pro se*
DC #B0356
Calhoun Correctional Institution
19562 S.E. Institutional Drive Unit 1
Blountstown, FL 32424